**Order entered November 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01330-CV

## IN THE INTEREST OF J.A.H & J.A.H, CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-13133-R**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Brown

Based on this Court's opinion of this date, we **AFFIRM** the trial court's October 23, 2014 order sustaining the contests to appellant's affidavit of indigence.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE